# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

137481

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MARIA DEL SOCORRO HERRERA
HERNANDEZ, Personal Representative of the
Estate of Jose Francisco Martinez Villalon,
   Plaintiff-Appellant,

v

FORD MOTOR COMPANY,
   Defendant-Appellee.

SC: 137481
COA: 277811
Wayne CC: 04-430570-NP

_____/

  On order of the Court, the application for leave to appeal the September 2, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

  KELLY, C.J., would grant leave to appeal.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

0120

            Clerk